DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLEMENT WATKINS,**
Appellant,

v.

**TIFFANY MARTIN,**
Appellee.

No. 4D2025-2268

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kevin P. Tynan, Judge; L.T. Case No. 062015DR011529AXXXCE.

Clement Watkins, Tamarac, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***